IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**JAMES D. ROBINSON**,

Defendant

NO. 5: 07-MJ-01-06 (CWH)

**VIOLATION: SUSPENDED LICENSE**

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #3) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. This proceeding against defendant JAMES D. ROBINSON is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 29th day of JANUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE